Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: 4:26-cr-593-S |
| v. | § | **UNDER SEAL** |
| | § | |
| JULIAN MARCUS FLORES | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

A SUPERSEDING INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

JULIAN MARCUS FLORES

- ☑ DETENTION
- ☐ RELEASED ON CONDITIONS
- ☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on September 23, 2026.

[signature]
UNITED STATES MAGISTRATE JUDGE